# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**71**

**OP 10-01878**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF PEOPLE EX REL. J.A. SESSION,
ATTORNEY ON BEHALF OF DEREK L. ARCHIE, ALSO
KNOWN AS DIESE GAME DIESE, PETITIONER,

V                                                                    ORDER

DAVID STALLONE, SUPERINTENDENT, CAYUGA
CORRECTIONAL FACILITY, RESPONDENT.

---

J.A. SESSION, ROCHESTER, PETITIONER PRO SE.

ANDREW M. CUOMO, ATTORNEY GENERAL, ALBANY (MARLENE O. TUCZINSKI OF
COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 70 (initiated in the
Appellate Division of the Supreme Court in the Fourth Judicial
Department pursuant to CPLR 7002 [b] [2]) seeking a writ of habeas
corpus.

It is hereby ORDERED that said petition is unanimously dismissed
without costs as moot.

Entered:  February 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court